# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § | CRIMINAL ACTION NO. H-24-371 |
| MARY BROWN, *et al.*, | § § § | |

## ORDER ON PRETRIAL MOTIONS

The unopposed motions to adopt the motions of other defendants filed by the defendants are granted. (Docket Entry Nos. 715, 799, 803, 811, 832, 879, 905, 906, 936, 947, 996, 1041, 1055, 1057).

The unopposed motions for *Brady* materials and/or *Giglio* materials filed by Curtis Holliday and Xavier Francis are granted. (Docket Entry Nos. 793, 910).

The unopposed motions for Jencks Act materials filed by Curtis Holliday, Chelsea Battle, and Rashad Derrick are granted. (Docket Entry Nos. 712, 870, 911).

SIGNED on May 23, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge